UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
CHICAGO DIVISION

| | |
|---|---|
| In re: | : |
| | : |
| Teresa Ann Anderson | : Case No.: 15-35715 |
| | : Chapter 13 |
| Debtor. | : Judge A. Benjamin Goldgar |
| | : * * * * * * * * * * * * * * * * * * * * |
| | : |

## OBJECTION TO CONFIRMATION OF PLAN (DOCKET NUMBER 15)

Now comes U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor"), by and through its mortgage servicing agent Caliber Home Loans Inc, by and through its attorneys, Manley Deas Kochalski LLC, and objects to confirmation of the Chapter 13 plan of Teresa Ann Anderson ("Debtor"). For the reasons which follow, confirmation should be denied.

1. This Court has jurisdiction pursuant to 28 U.S.C. Section 1334 and venue is fixed in this Court pursuant to 28 U.S.C. Section 1409.

2. On October 20, 2015, Debtor filed a petition ("Petition Date") under Chapter 13 of Title of the United States Bankruptcy Code ("Bankruptcy Code") in the United States Bankruptcy Court for the Northern District of Illinois.

3. Creditor is secured by a first mortgage lien upon the Debtor's real property commonly known as 3404 Sarah Dr, Zion, IL 60099 ("Property").

15-033491_SEN

## MEMORANDUM IN SUPPORT OF OBJECTION

Although 11 U.S.C. Sec. 1325(a)(5)(C) permits a debtor to address a creditor's allowed secured claim by providing for the surrender of the collateral, this Code section does not purport to address satisfaction of the claim because it does not amount to a valuation of the collateral. A plan may not be confirmed that would treat surrender as precluding the creditor for asserting a deficiency claim if the foreclosure sale results in an insufficient amount to pay the claim in full. See *DaimlerChrysler Financial Services Americas LLC v. Ballard (10th Cir.2008), 526 F.3d 634; Capital One Auto Finance v. Obsorn (8th Cir.2008)*, 515 F.3d 817; In re Gay (Bankr.E.D.Tex.2007), 375 B.R. 343.

Accordingly, Debtor cannot make the proposed modifications to Creditor's mortgage pursuant to § 1322(b)(2).

WHEREFORE, Creditor respectfully requests the Court to deny confirmation of the Debtor's proposed Chapter 13 Plan.

Respectfully submitted,

/s/ Todd J. Ruchman
Todd J. Ruchman (6271827)
Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

15-033491_SEN

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that a copy of the foregoing Objection to Confirmation was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL  60532

Penelope N Bach, Attorney for  Teresa Ann Anderson, Sulaiman Law Group, Ltd., 900 Jorie Boulevard, Suite 150, Oak Brook, IL  60523, pnbach@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on January 28, 2016:

Teresa Ann Anderson, 3046 25th Street, Kenosha, WI  53144

Teresa Ann Anderson, 3404 Sarah Dr, Zion, IL 60099

/s/ Todd J. Ruchman

15-033491_SEN