**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Teresa Ann Anderson | : | Case No.: 15-35715 |
| | : | Chapter 13 |
| Debtor. | : | Judge A. Benjamin Goldgar |
| | : | * * * * * * * * * * * * * * * * * * * * * * |
| | : | |

## AMENDED NOTICE OF MOTION

**Notified via Electronic Filing**

U.S. Trustee, Patrick S. Layng
Office of the United States Trustee, Region 11
219 S. Dearborn Street, Room 873
Chicago, IL 60604

Glenn B. Stearns
801 Warrenville Road
Suite 650
Lisle, IL  60532

Penelope N Bach
Attorney for Teresa Ann Anderson
Sulaiman Law Group, Ltd.
900 Jorie Boulevard, Suite 150
Oak Brook, IL  60523
pnbach@sulaimanlaw.com

**Notified via US Postal Service**

Teresa Ann Anderson
3046 25th Street
Kenosha, WI  53144

Teresa Ann Anderson
3404 Sarah Dr
Zion, IL  60099

Please take notice that on April 8, 2016, at 9:30 a.m., or as soon thereafter as I may be heard, I shall appear before the Honorable Judge A. Benjamin Goldgar, 1792 Nicole Lane, 613, Round
15-033491_CMF2

Lake Beach, IL, 60073 or before any other Bankruptcy Judge who may be presiding in his/her place and stead and shall then and there present the accompanying motion. At that time and place you may attend if you so choose.

## AFFIDAVIT OF SERVICE

The undersigned, an attorney, hereby certifies that I have served a copy of this Amended Notice along with the attached motion upon the parties listed above, by causing same to be mailed in a properly addressed envelope, postage prepaid, from 1555 Lake Shore Drive, Columbus, OH 43204, on 7th day of March, 2016, unless a copy was provided electronically by the Clerk of the Court.

Date  March 7, 2016                             /s/ Todd J. Ruchman
                                                Signature

15-033491_CMF2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Amended Notice of Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL 60532

Penelope N Bach, Attorney for Teresa Ann Anderson, Sulaiman Law Group, Ltd., 900 Jorie Boulevard, Suite 150, Oak Brook, IL 60523, pnbach@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, on March 7, 2016:

Teresa Ann Anderson, 3046 25th Street, Kenosha, WI 53144

Teresa Ann Anderson, 3404 Sarah Dr, Zion, IL 60099

/s/ Todd J. Ruchman

15-033491_CMF2

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**CHICAGO DIVISION**

| | | |
|---|---|---|
| In re: | : | |
| | : | |
| Teresa Ann Anderson | : | Case No.:  15-35715 |
| | : | **Chapter 13** |
| Debtor. | : | **Judge A. Benjamin Goldgar** |
| | : | * * * * * * * * * * * * * * * * * * * * * |
| | : | |

**MOTION FOR RELIEF FROM THE AUTOMATIC STAY (FIRST MORTGAGE)**

U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust ("Creditor"), hereby moves the Court ("Motion"), pursuant to 11 U.S.C. § 362(d) to lift the automatic stay as to real property commonly referred to as 3404 Sarah Dr, Zion, IL 60099 ("Property").  In support of the Motion, the Creditor states the following:

1. This Court has jurisdiction pursuant to 28 U.S.C. §§ 157 and 1334 and General Rule 2.33 of the United States District Court for the Northern District of Illinois.  This is a core proceeding under 28 U.S.C. § 157(b)(2).  The venue of this case and this Motion are proper under 28 U.S.C. § 1408 and 1409.

2. Teresa Ann Anderson ("Debtor") filed a Chapter 13 case on October 20, 2015, ("Petition Date").

3. As of the Petition Date, the Creditor was the holder of a claim secured by the Property, more particularly described in the mortgage ("Mortgage"), a copy of which is attached as Exhibit "A".

15-033491_CMF2

4. The above described Mortgage was given to secure a promissory note, ("Note"), dated June 20, 2007 and made payable to the Creditor in the original sum of $208,907.00. A copy of the Note is attached hereto as Exhibit "B".

5. The Creditor perfected an interest in the Property, more particularly described in the Mortgage, recorded in Lake County Recordings Office on July 25, 2007. Evidence of perfection is attached as Exhibit "A".

6. The loan was modified as set forth in the Loan Modification Agreement attached as Exhibit "C".

7. As of February 29, 2016, the outstanding principal, interest, advance and other amounts due was $220,707.88.

8. The Property is of inconsequential value and benefit to the estate. Cause exists to lift the automatic stay under 11 U.S.C. § 362(d)(1) and/or 362(d)(2) for these reasons:

    a. Debtor intends to surrender the Property located at 3404 Sarah Dr, Zion, IL 60099 according to the Chapter 13 Plan filed.

    b. Creditor received an Order Confirming Report of Sale and Distribution, and for Possession, and In Personam Deficiency on September 25, 2015 in Case No. 14 CH 1930 in the Circuit Court for the nineteenth judicial circuit Lake County – Waukegan Illinois in *U.S. Bank Trust, N.A., as Trustee for LSF9 Master Participation Trust vs. Teresa A. Anderson; The Shepherds Crossing Homeowners Association; Unknown owners and Non-Record Claimants*, attached hereto as Exhibit "D"

9. The Movant requests that the Court order that Rule 4001(a)(3) is not applicable.

WHEREFORE, the Creditor prays for the entry of the attached Order Granting Relief from the Automatic Stay.

                                                Respectfully submitted,

                                                   /s/ Todd J. Ruchman

                                              Todd J. Ruchman (6271827)

15-033491_CMF2

Adam B. Hall (0088234)
Edward H. Cahill (0088985)
Keith Levy (6279243)
Sarah E. Willms (28840-64)
Edward R. Peterka (6220416)
Manley Deas Kochalski LLC
P.O. Box 165028
Columbus OH  43216-5028
614-220-5611; Fax: 614-627-8181
Attorneys for Creditor
The case attorney for this file is Todd J. Ruchman.
Contact email is tjruchman@manleydeas.com

15-033491_CMF2

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that a copy of the foregoing Motion for Relief from the Automatic Stay (First Mortgage) was served on the parties listed below via e-mail notification:

U.S. Trustee, Patrick S. Layng, Office of the United States Trustee, Region 11, 219 S. Dearborn Street, Room 873, Chicago, IL 60604

Glenn B. Stearns, 801 Warrenville Road, Suite 650, Lisle, IL  60532

Penelope N Bach, Attorney for  Teresa Ann Anderson, Sulaiman Law Group, Ltd., 900 Jorie Boulevard, Oak Brook, IL  60523, pnbach@sulaimanlaw.com

The below listed parties were served via regular U.S. Mail, postage prepaid, from 1400 Goodale Blvd,  Grandview Heights, OH 43212, on March 4, 2016:

Teresa Ann Anderson, 3046 25th Street, Kenosha, WI  53144

Teresa Ann Anderson, 3404 Sarah Dr, Zion, IL 60099

/s/ Todd J. Ruchman

15-033491_CMF2